UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARK ANDREW FERRIS,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 1:23-cv-01327-EPG<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER<br><br>(ECF No. 21) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

1

| | | |
|---|---|---|
| Dated:  April 8, 2024 | | */s/  Jonathan Omar Pena*\*<br>JONATHAN OMAR PENA<br>Attorney for Plaintiff<br>*\*Authorized via e-mail on April 8, 2024* |
| | | PHILLIP TALBERT<br>United States Attorney |
| | | MATHEW W. PILE<br>Associate General Counsel<br>Office of Program Litigation, Office 7 |
| | By: | */s/  Mary Tsai*<br>MARY TSAI<br>Special Assistant U.S. Attorney<br>Office of Program Litigation, Office 7 |
| | | Attorneys for Defendant |

2

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 21), IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated:  **April 10, 2024**                      /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE